NO. SCWC-30369

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee,

vs.

JAMES H. PFLUEGER, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NOS. 30369 and 30419; CR. NO. 08-1-0280)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Nakayama, Acting C.J., Acoba, Duffy, and McKenna, JJ., and
Circuit Judge Chan, in place of Recktenwald, C.J., recused)

Petitioner/Defendant-Appellant James H. Pflueger's

application for writ of certiorari, filed on October 12, 2011, is

hereby rejected.

DATED: Honolulu, Hawai'i, November 22, 2011.

| | |
|---|---|
| William C. McCorriston, David J. Minkin, and Becky T. Chestnut (McCorriston Miller Mukai MacKinnon LLP) for petitioner/defendant-appellant on the application | /s/ Paula A. Nakayama<br><br>/s/ Simeon R. Acoba, Jr.<br><br>/s/ James E. Duffy, Jr.<br><br>/s/ Sabrina S. McKenna<br><br>/s/ Derrick H.M. Chan |
| Kimberly Tsumoto Guidry, First Deputy Solicitor General, for respondent/plaintiff-appellee on the response | |

